# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KENNETH HAY WARRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 19-0141-CG-MU-C |
| | ) |
| BP EXPLORATION & PRODUCTION, INC., and BP AMERICA PRODUCTION COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties having filed a Joint Stipulation for Dismissal on January 8, 2020 (Doc. 31), it is **ORDERED** that this matter be and is hereby **DISMISSED with prejudice**.[1]  Each party shall bear his or its own costs.

**DONE** and **ORDERED** this 9th day of January, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In light of the foregoing, the Court finds Defendants' motion for summary judgment (Doc. 27) and Motion to Suspend Defendants' Expert Report Due Date (Doc. 30) to be **MOOT**.